UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORTENSIA C. FREEMAN, ) | No. CV 08-2837-RC | |
| Plaintiff, ) | | |
| vs. ) | JUDGMENT | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | | |
| Defendant. ) | | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: August 20, 2009     /S/ ROSALYN M. CHAPMAN
                                          ROSALYN M. CHAPMAN
                                      UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-2837.jud
8/19/09